Case 1:06-cv-00432-S-DLM Document 1-4 Filed 10/02/2006 Page 1 of 6




# Mosquito Magnet - Fatal Attraction for Mosquitoes™

Select Product:

Shop our Online Store
How it Works
Product Support
Contact Us

Order Accessories
Product Assembly
Troubleshooting
Trap Placement
Maintenance
Mosquito Magnet News
Mosquito-Borne Diseases
Research Info
Test Results
Testimonials
Money Back Guarantee
Product Registration
Warranty
Our Policies

Mosquito Magnet, as featured on NBC's **Today Show** and **USA Today.**

Relied on to control Mosquitoes and other blood sucking insects by: The Everglades National Park and the Miami Metro

## Mosquito Magnet Depot - Mosquito Control

Effective Control of Mosquitoes - Free Shipping!



# Mosquito Magnet Defender

## $295

FREE shipping*
**More Info** | **Order**



# Mosquito Magnet Liberty

## $495

FREE shipping*
**More Info** | **Order**



# Mosquito Magnet Liberty Plus

## $695

FREE shipping*
**More Info** | **Order**



# Mosquito Magnet Pro Commercial

## $995

FREE shipping*
**More Info** | **Order**

# Mosquito Magnet

# Mosquito Magnet Pro Solar

Zoo. Mosquito Magnet® plays defense against mosquitoes at Redskins Park and has been seen on the Weather Channel.



# Pro Solar

**$1,049**

FREE shipping*
**More Info | Order**



# Plus

**$1,295.00**

FREE shipping*
**More Info | Order**

# Here's why Mosquito Magnets work: They act just like you!

Mimicking human breath, our patented, scientifically-proven Counterflow Technology[a], emits a warm, moist carbon dioxide plume combined with environmentally safe Octenol bait - tested by the USDA and Center for disease control.





Blood seeking insects from over an acre away - depending on the model chosen - are attracted and follow the plume. As the biting insects approach the Mosquito Magnet (instead of your family), they are vacuumed into a net where they dehydrate and die. Operating day and night, your resident biting bug population is controlled as egg-laying females are destroyed interrupting the blood sucking pests life cycle.



**Mosquito Magnets** also effectively *control* the carriers of West Nile Virus and other diseases, along with salt marsh mosquitoes, no-see-ums and all active biters during daylight hours as well as those that take over your yard at dawn dusk and the evening - always effectively working without using any harmful poisonous sprays.

Are you ready to take back your backyard? Are you concerned about protecting your family from West Nile and other mosquito-borne viruses? Do you want to enjoy the outdoors without the annoying buzz and sting of pesky mosquitoes?

Well, you've come to the right place.

**What's the Buzz?**

Online Troubleshooting
Placement of the Magnet
Mosquito-Borne Diseases

Case 1:06-cv-00432-SBDLM Document 1-4 Filed 10/02/2006 Page 3 of 6

---

**Mosquito Magnet Depot**
103200 Overseas Highway
Key Largo, FL 33037
Telephone: (305) 451-5155
Toll-Free: (866) 451-TRAP
Email us

Mosquito Magnet Home :: Purchase Online :: Order Accessories :: Testimonials
FAQ :: Online Troubleshooting :: Product Registration :: Resources 2 :: Archives

Mosquito Magnet is manufactured by American Biophysics Corporation

Cyber Key Web Design/SEO

Mosquito Magnet Depot
Key Largo, Florida
305-451-5155
Toll FREE: 866-451-TRAP (8727)

# Mosquito Magnet - Fatal Attraction for Mosquitoes™

Select Product:

Shop our Online Store
How it Works
Product Support
Contact Us

Order Accessories
Product Assembly
Troubleshooting
Trap Placement
Maintenance
Mosquito Magnet News
Mosquito-Borne Diseases
Research Info
Test Results
Testimonials
Money Back Guarantee
Product Registration
Warranty
Our Policies

## FAQ - Mosquito Magnet Traps

**What makes the Mosquito Magnet® your only choice for controlling biting insects?**
American Biophysics Corp. has been manufacturing effective surveillance equipment tested by the USDA and other government agencies using our patented Counterflow Technology™ for nearly a decade. In consulting with these agencies we developed the only effective, consumer-friendly biting insect trap for consumer use.

**What attracts biting insects to us?**
Our breath! Carbon dioxide ($CO_2$), moisture, and heat that result from exhaling lets the female mosquito know that there is a blood meal in the area. She will navigate to you by following the plume of $CO_2$.



**How does the Mosquito Magnet® work?**
Mimicking human breath, a warm, moist carbon dioxide plume is produced from propane gas to attract the blood seeking insects. As the biting insects approach the source, they are vacuumed into a net where they dehydrate and die. The Mosquito Magnet® also uses octenol, which when combined with carbon dioxide, enhances the catch rate for certain species of mosquitoes and no-see-ums.



**Which biting insects will the Mosquito Magnet® capture?**
Female blood seeking insects such as mosquitoes, no-see-ums (biting gnats), black flies, and sand flies. In some regions, the Mosquito Magnet has captured the yellow biting fly.

**Will the Mosquito Magnet® capture bees, moths, butterflies, ladybugs or other beneficial insects?**
No. Blood seeking insects have receptors in their maxillary palps (mouth parts) that sense carbon dioxide. Non-blood seeking insects, without these receptors, are not attracted.

**Where should I place the Mosquito Magnet®?**
We recommend that you place the Mosquito Magnet® near where the mosquitoes rest (foliage) and breed (water), not near people. If placed properly the



mosquitoes and no-see-ums will be drawn to the Mosquito Magnet® and away from you. More about Mosquito Magnet trap placement.

**How soon will I see a difference in my yard?**
If placed properly the Mosquito Magnet will begin trapping female mosquitoes immediately. You will begin to see noticeable results within 7-10 days. Within 4-6 weeks the mosquito breeding cycle will be interrupted, drastically reducing the population in your yard.

**Is it possible to dramatically reduce the biting insect population in your yard?**
Yes. Most of the mosquitoes biting you live in your yard. Others may be brought in by the wind. As the females in your yard are trapped, the generations are eliminated, thereby interrupting the breeding cycle in your yard. This usually occurs after 4 to 6 weeks of continuous use.

**How many mosquitoes can I expect to capture?**
The quantity of mosquitoes caught varies greatly, depending on your region's infestation level and how it is placed on your property. In tests in the Florida Everglades (high infestation) 1,500 were captured in one night. In more urban areas, catch results may be much less. A good yardstick is "Am I being bitten?".

**What maintenance is necessary to keep the Mosquito Magnet® running effectively?**
The propane tank should be refilled every 21 days and the attractant cartridge should be replaced every 21 days. (We recommend having a full tank on-hand to swap out. The mosquitoes will quickly repopulate if the Mosquito Magnet is turned off for any length of time.) The net should be emptied as needed.

**What other fuel can be used to run the Mosquito Magnet®?**
Any combination of propane and butane can be used, including pure butane. Natural gas cannot be used.

**Is the Mosquito Magnet cost-effective?**
Yes. Estimated propane costs are $10 - $12 per month. The Mosquito Magnet Liberty and Defender trapsconsume about the same electricity as an electric clock.

**Is the Mosquito Magnet® quiet?**
Yes. The only moving part is the internal fan, which is virtually silent.

**When can the Mosquito Magnet® be turned off?**
The Mosquito Magnet ® should run continuously throughout the season until the temperature is consistently below 50°F to catch both day- and night-biting mosquitoes .

**How can I register my new Mosquito Magnet®?**
You can register online or mail in your Warranty Registration Card that you received with the product.

---

**Mosquito Magnet Depot**
103200 Overseas Highway
Key Largo, FL 33037

Case 1:06-cv-00432-S-DLM Document 1-4 Filed 10/02/2006 Page 6 of 6

Telephone: (305) 451-5155
Toll-Free: (866) 451-TRAP
Email us

Mosquito Magnet is manufactured by American Biophysics Corporation

Cyber Key Web Design