MosquitoMagnet.com | Contact Us




**Company Profile** **Products** **Research + Development**

**News & Press**

## American Biophysics

American Biophysics Corporation (AmBio) is a scientific, research-based company that studies the behavior of biting insects and manufactures biting insect abatement traps for consumer, commercial and government applications.

**LEARN MORE ABOUT AMERICAN BIOPHYSICS**

## News

Our new Lurex3™ attractant is recommended for customers who have the Asian Tiger Mosquito (*Aedes albopictus*) as their predominant mosquito.







Company Profile | Products | Research + Development | News & Press | Contact Us | Mosquitomagnet.com

© 2005 American Biophysics. All Rights Reserved.

MosquitoMagnet.com | Contact Us

**Company Profile** | **Products** | **Research + Development**

**News & Press**

# Retail Products

Overview

**Retail Products**

Industrial Solutions

Counterflow Technology

The Mosquito Magnet® traps are powered by a standard 20-lb. propane tank or a combination of propane and electricity supplied through a low voltage (12-volt) power cord. The traps are odorless, silent, and operate 24-hours a day to capture female biting insects, including the *Aedes aegypti* (potential carrier of Dengue Fever), *Aedes japonicus* (potential carrier of the West Nile virus), *Aedes albopictus* (Asian Tiger mosquito - potential carrier of Dengue Fever, LaCrosse Encephalitis and West Nile virus), salt marsh mosquitoes, no-see-ums, midges, black flies and sand flies.

The Mosquito Magnet® is the only biting insect trap on the market to use patented Counterflow Technology™ to lure and capture mosquitoes, no-see-ums and blackflies.

Counterflow Technology™ enables the Mosquito Magnet® to emit a plume of carbon dioxide, heat, and moisture while simultaneously drawing the insects into the trap where they dehydrate and die. A secondary attractant, such as octenol or Lurex®, is used to further enhance the attraction to the trap.

The Mosquito Magnet® family of products includes the Defender, Liberty, Liberty Plus and Pro models. The traps are available at more than 7,500 outlets in North America including Home Depot, ACE Hardware, True Value, Sears, as well as garden centers and local propane dealers. AmBio is increasing distribution of its product line throughout Europe, Asia, and South America, as well as Italy, France, the UK, China, Australia and Brazil. The company continues to manufacture, sell, and market a trap called the MMX to entomologists and vector control agencies for field-testing and surveillance purposes.

MOSQUITO MAGNET

## Mosquitomagnet.com

Visit Mosquitomagnet.com to learn all about our commercial product line, including product specifications, buying information, and to purchase product accessories.

## Where to Buy

The Mosquito Magnet® can be purchased at Home Depot, True Value, Ace Hardware, and other home and garden stores. Use our dealer locator to find a location near you.

MosquitoMagnet.com | Contact Us

**Company Profile** | **Products** | **Research + Development**

**News & Press**

# Counterflow ™ Technology

Overview

Retail Products

Industrial Solutions

**Counterflow Technology**

The Mosquito Magnet® is the only biting insect trap on the market to use patented Counterflow Technology™ to lure and capture mosquitoes, no-see-ums and blackflies.

Counterflow Technology™ enables the Mosquito Magnet® to emit a plume of carbon dioxide, heat, and moisture while simultaneously drawing the insects into the trap where they dehydrate and die. A secondary attractant, such as octenol or Lurex®, is used to further enhance the attraction to the trap. This proven technology effectively interrupts the insects' breeding cycles to virtually eliminate them from a defined area.

Environmentally beneficial insects, such as moths, beetles, butterflies, and ladybugs are not attracted and therefore not affected.




## How Counterflow Technology™ Works

1. A patented process converts propane into carbon dioxide ($CO_2$)
2. Patented Counterflow Technology™ emits the precise amount of $CO_2$, heat, moisture, and attractant to attract the biting insects.
3. As the insects approach the $CO_2$ plume, they are caught in the vacuum of the tube.
4. The biting insects are vacummed into a net where they dehydrate and die within 24 hours.

Company Profile | Products | Research + Development | News & Press | Contact Us | Mosquitomagnet.com

© 2005 American Biophysics. All Rights Reserved.

W3C XHTML 1.0 W3C CSS

MosquitoMagnet.com | Contact Us

**Company Profile** | **Products** | **Research + Development**

**News & Press**

# Our Products

**Overview**

Retail Products

Industrial Solutions

Counterflow Technology

Currently used by national parks, zoos, universities, resorts, golf courses, restaurants, bird sanctuaries, townships, municipalities, the U.S. Military, and hundreds of thousands of homeowners, the patented Mosquito Magnet technology is the result of more than 12 years of extensive scientific research.

Independent studies conducted by the Cayman Island Mosquito Research & Control Unit, University of North Dakota, and Florida A&M University show that Mosquito Magnet® traps are more effective and capture more types of biting insects and more species of mosquitoes than any other mosquito traps on the market.



## Retail Products

We design, manufacture, and distribute the Mosquito Magnet line of commercial insect traps. The products are sold at Home Depot, Sears, Ace True Value, along with many local propane and garden centers.

Find a dealer near your at mosquitomagnet.com/dealers

## Industrial Solutions

We provide custom solutions for large institutions and organizations around the globe.

**LEARN MORE**

# Company Overview



American Biophysics Corporation (AmBio), founded in 1991 and headquartered in North Kingstown, RI, is a scientific, research-based company that studies the behavior of biting insects and manufactures biting insect abatement traps for consumer, commercial and government applications.

The company was first-to-market with a carbon dioxide-based trap for commercial use in 1998, and continues to be the leader in biting insect abatement technology with over 65% share in the consumer/residential market.

AmBio is the creator and manufacturer of the Mosquito Magnet®, the original and only trap scientifically proven to virtually eliminate mosquitoes in a defined area. The company's team of chemists, entomologists, and engineers were the first to synthesize human skin emanations for commercial use in the world's most advanced biting insect traps and species-specific attractants.

AmBio employs approximately 70 people at its headquarters.



## In the News

Joyce Family Honored by American Biophysics, Mosquito Control Firm

"Machines May Help Ward Off West Nile"
*visaliatimesdelta.com*

## Research & Development

The Company's corporate headquarters is home to state-of-the-art testing and product development laboratories.

**LEARN MORE**

## Our History



AmBio originated as a designer and manufacturer of a variety of specially engineered mosquito traps used for surveillance by entomologists, state departments of environmental management, and the U.S. Department of Agriculture (USDA). The company later identified a need for a commercial application and adapted its technology for the consumer market.

In 1998, AmBio was first-to-market with a consumer-based application for its patented Mosquito Magnet®, which catalytically converts propane gas into carbon dioxide ($CO_2$), heat, and moisture - a combination proven to attract female biting insects. Using the company's patented and proprietary Counterflow Technology™, the traps disperse this mixture, along with a secondary attractant, to capture biting insects.

The Journal of the American Mosquito Control Association (Volume 17, #3) concluded in its September 2001 edition that the Mosquito Magnet® captured "significantly greater numbers of mosquitoes" than the other commercially available traps tested, and in May 2003 the Mosquito Magnet® was rated "top choice" for efficacy and ease-of-use by America's leading consumer testing magazine.

Additionally, in the summer of 2002 and 2003, the USDA tested the traps on Atsena Otie Key, an island off of Cedar Key, Florida and reported that "on an island known for horrendous broods of mosquitoes... overall data indicates that population below a nuisance level can be achieved. The general feeling of the local population and wildlife rangers is that these [Mosquito Magnet] traps did have a very significant impact on the mosquito populations. Many said that they did not remember a time, even during periods of drought, that

### Company Milestones

**1991**

American Biophysics founded in Rhode Island supplying entomological surveillance equipment for state and federal mosquito control agencies

**1998**

Ambio introduces "Counterflow 2000" mosquito trap, to commercial market

CRADA signed with USDA to develop quiet effective mosquito trap for use by homeowners

**2000**

AmBio launches "Mosquito Magnet", the first propane powered mosquito trap for consumer use

**2001**

Journal of American Mosquito Control study concludes that the Mosquito Magnet captures "significantly greater number of mosquitoes than the other commercially available traps tested"

**2002**

AmBio expands product line to include, Mosquito Magnet Liberty, a smaller, affordable consumer model

**2003**

Mosquito Magnet expands again to include the Defender for consumers with smaller

they could visit Atsena Otie Key without needing some repellent for protection."

AmBio was ranked America's fastest growing private company in 2003 by Inc. Magazine, and in February 2004, Forbes magazine ranked AmBio the third fastest growing technology company that has yet to go public.

applications

(Feb 2003) Ranked #1 on Inc. 500's List of Fastest Growing Companies

(May 2003) the Mosquito Magnet® Liberty trap was rated "top choice for efficacy and ease-of-use" by America's leading consumer testing magazine

AmBio introduces Lurex, the first attractant specifically formulated to capture the invasive Asian Tiger Mosquito

**2004**

AmBio launches new cordless units, Liberty Plus and Pro introduced

AmBio makes Forbes Magazine Midas List of Hot Private Companies

Walter Reed Army Institute of Research and American Biophysics Corp. Sign Cooperative Agreement to Research Biting Insect-Related Problems Affecting the Globe

Company Profile | Products | Research + Development | News & Press | Contact Us | Mosquitomagnet.com

© 2005 American Biophysics. All Rights Reserved.

W3C XHTML 1.0 W3C CSS

MosquitoMagnet.com | Contact Us

**Company Profile** **Products** **Research + Development**

**News & Press**

# Research & Development

**Overview**

Attractants

Laboratory Facilities

American Biophysics has isolated over 330 compounds emitted from human skin and is continually scanning, separating, and introducing these compounds to mosquitoes for positive and negative reactions to develop powerful attractants to lure and catch biting insects. In 2004, the company launched the first-ever, EPA-registered attractant designed specifically for the Asian Tiger mosquito, a new, non-indigenous, aggressive species that is a potential carrier of Dengue and Yellow fevers, and West Nile virus. AmBio expects attractant-enhanced traps to substantially reduce the reliance on spray chemical pesticides.



In addition to internal research, the company also has a shared research program with more than 25 renowned entomologists worldwide who provide critical feedback on trap technology. Partnerships include collaborative efforts with the U.S. Military, numerous universities and state mosquito control agencies and health departments.

Beginning in 2003, Ambio developed a research center in East Africa to investigate methods of controlling malaria-transmitting mosquitoes, *Anopheles gambiae*. As we continue to expand our research around the globe we hope to gain insight on the control of biting insects worldwide.