# AMERICAN BIOPHYSICS CORP

**15-Sep-06**
**MM Depot**

| Number | Class | Days Late | Due Date | Original | Balance Due |
|---|---|---|---|---|---|
| 474593 | Invoice | 82 | 4-Jun-06 | $241,508 | $220,008 |
| 481352 | Invoice | 63 | 23-Jun-06 | $28,530 | $28,530 |
| 498105 | Invoice | 29 | 27-Jul-06 | $94,061 | $94,061 |
| 510228 | Credit Memo | 28 | 28-Jul-06 | ($6,664) | ($6,664) |
| 515352 | Invoice | -20 | 14-Sep-06 | $450 | $450 |
| 515765 | Invoice | -21 | 15-Sep-06 | $25,367 | $25,367 |
| 515939 | Invoice | -22 | 16-Sep-06 | $6,877 | $6,877 |
| | | | | Total: | $368,630 |

Invoice
BOL
POD
PO - Annette Willsey

**American Biophysics Corp.**
140 Frenchtown Rd
North Kingstown, RI 02852
Tel: 401-884-3500 Fax: 401-884-6688

American Biophysics Corporation

| Invoice | |
|---|---|
| NUMBER | 481352 |
| DATE 24-MAY-06 | PAGE 1 of 1 |
| PURCHASE ORDER NUMBER | 032306-2 |
| PROJECT NUMBER | |
| SALES ORDER NUMBER | 1134399 |
| CUSTOMER NUMBER 59847 | LOCATION 116593 |
| WAYBILL NUMBER | 1310894603 |

**BILL TO:**
Attn: Accounts payable
Mosquito Magnet Depot LLC
Central Plaza #10
103200 Overseas Hwy
Key Largo FL 33037

**SHIP TO:**
Mosquito Magnet Depot LLC
40800 Card Sound Rd.
Florida City FL 33034

**REMIT TO:**
PO Box 3273
Boston MA 02241-3273

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| 3% 10 Net 30 | 23-JUN-06 | | |
| SHIP DATE 24-MAY-06 | | SHIP VIA Yellow Freight Syst | SHIPPING REFERENCE |
| FREIGHT TERMS | | REQUESTOR/DELIVERY | CONFIRM TO/TELEPHONE |

| ITEM NO | PART NUMBER/DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1200MM **Mosquito Magnet Pro-Plus 1.5 acre with Octenol* | 29 | | 29 | 973.75 | 28,238.75 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDLING | TOTAL |
|---|---|---|---|---|
| | 28,238.75 | 0.00 | 291.33 | 28,530.08 |

Mosquito Magnet Octenol Biting Insect Attractant, EPA Registration No. 72563-1

PACKING SLIP PAGE 1 OF 1

DATE: 5/24/2006

| | | | |
|---|---|---|---|
| Delivery Name: | 472805 | Ship Method: | 000001_YFSY_T_GN |
| Order Number: | 1134399 | Freight Terms: | DUE |
| PO#: | 032306-2 | | |

**Shipped From:**

[redacted]

**Shipped To:**

[redacted]

| Item | Factory Number | Container Number | Ordered | Packed |
|---|---|---|---|---|
| **1200MM** | Mosquito Magnet Pro-Plus 1.5 a | | | |
| | 1310894603 | 00006865130001186128 | | 12 |
| | 1310894603 | 00006865130001186135 | | 12 |
| | 1310894603 | 00006865130001186142 | | 5 |
| | | Totals: | 29 | **29** |

Total Number Of Shipping Skids/Boxes: 3

Total individual items packed: 29

**Total Cartons: 29**

MK

YELLOW 404 PVD 131 089460 3

Date: 05/24/2006

# BILL OF LADING

Memorandum



**SHIP FROM**

Rumford, RI 02916
American Biophysics Inventory
170 Greenwood Avenue
Rumford, RI 02916
SID#: FOB: [X]

**Bill of Lading Number: 472805**

**Carrier:** Yellow
**Trailer:**
**Seal No's:**

**SHIP TO**

Mosquito Magnet Depot LLC
40800 Card Sound Rd.

Florida City, FL 33034
CID#: FOB: [ ]

Loc #:

**SCAC/Pro:** 1310894603

**THIRD PARTY FREIGHT CHARGES BILL TO:**

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid X Collect ____ 3rd Party ____

[ ] (check box) Master Bill of Lading with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 032306-2 | 3 | 1305 | Y | |
| GRAND TOTAL | 3 | 1305 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 3 | PLT | 29 | CTN | 1305 | | 1200MM Mosquito Magnet Pro-Plus 1.5 acre | | |
| | PLT | | CTN | | | | | |
| | PLT | | CTN | | | | | |
| | PLT | | CTN | | | | | |
| | PLT | | CTN | | | | | |
| | PLT | | CTN | | | | | |
| | PLT | | CTN | | | | | |
| | PLT | | CTN | | | | | |
| 3 | | 29 | | 1305 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

________ per ________

**COD Amount: $** ________
Fee Terms: Collect: [ ] Prepaid: [ ]
Customer check acceptable: [ ]

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C._14706(c)(1)(A) and (B).**

ECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and ıipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available the shipper, on request; and all the terms and conditions of the NMFC Uniform Straight Bill of Lading.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

________ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Matt Kilbane 5/24/06

**Trailer Loaded:**
[X] By Shipper
[ ] By Driver

**Freight Counted:**
[X] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent in vehicle.

[signature] 5-24-06

1133784 + 1134399

American Biophysics Corporation

American Biophysics Corp
140 Frenchtown Road
North Kingstown, RI 02852
T: (800) 948-5737
F: (401) 471-6050

MOSQUITO MAGNET®

DATE: 3-23-06

# 2006 DOT COM ORDER FORM

| BILL TO: | | SHIP TO: | |
|---|---|---|---|
| STORE NAME: | MOSQUITO MAGNET DEPT | STORE NAME: | MOSQUITO MAGNET DEPT |
| ADDRESS: | 103200 OVERSEAS HWY #10 | ADDRESS: | 103200 OVERSEAS HWY #10 |
| CITY: | KEY LARGO | CITY: | KEY LARGO |
| STATE: | FL ZIP CODE: 33037 | STATE: | FL ZIP CODE: 33037 |
| STORE NUMBER: | | STORE NUMBER: | |
| CONTACT NAME: | ED | CONTACT NAME: | ED |
| PHONE: | 305-451-5155 | PHONE: | 305-451-5155 |
| FAX: | 305-451-2550 | FAX: | 305-451-2550 |
| E-MAIL: | | EMAIL: | |
| PO NUMBER: | 032306 | SHIP DATE: | |

| Part # | Description | MSRP | D/S Cost | Quantity | TOTAL |
|---|---|---|---|---|---|
| 1200MM | Pro Plus Trap | $1,399.99 | ~~$1,025.00~~ 973.75 | 300 | $ 292,125 |
| 1100MM | Pro (2004) Trap | $1,199.99 | ~~$973.75~~ 874.00 | 200 | $ 174,800 |
| MM1100NET-1 | Pro Plus/Pro Net (1-pack) | $15.99 | $6.59 | | $ |
| 434-009 | Pro Plus/Pro Trap Cover | $54.99 | $35.79 | | $ |
| 3100MM | Liberty Plus Trap | $699.99 | $505.40 | 80 | $ 40,432 |
| MM3100NET-1 | Liberty Plus Net (1-pack) | $15.99 | $8.42 | | $ |
| 434-008 | Liberty Plus Trap Cover | $49.99 | $34.74 | | $ |
| 3000MM | Liberty Trap | $499.99 | $356.25 | 72 | $ 25,650 |
| MM3000NET-3 | Liberty Nets (3-pack) | $29.99 | $16.00 | | $ |
| 434-004 | Cover, Liberty Trap | $45.99 | $27.36 | | $ |
| 4000MM | Defender Trap | $299.99 | $200.00 | 90 | $ 18,000 |
| MM4000NET-1 | Defender Net (1-pack) | $12.99 | $6.36 | | $ |
| 434-006 | Defender Trap Cover | $44.99 | $28.84 | | $ |
| OCT-3 | Octenol Attractant (3-pack) | $24.99 | $12.10 | | $ |
| Lurex3-OD-3 | Lurex3 Attractant (3-pack) | $28.99 | $14.25 | | $ |
| 549-001 | Tank Cover | $19.99 | $9.46 | | $ |
| 214-003 | Quick Clear Cart. (3-pack) | $11.99 | $6.42 | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |

41 1/2
5
3
3
(53)

| | |
|---|---|
| SUBTOTAL | $ 551,007.00 |
| Tax (RI Only) | |
| TOTAL | $ |

Traps are shipped FOB North Kingstown, RI
Accessories are shipped FOB North Charleston, SC
Payment terms: Net 30 Days
Minimum order: $3,000.00

Fax all orders to 401-471-6050

Prices are subject to change without notice

3% cash
they pay freight
-3%
3% net 10

FROM : MOSQUITOMAGNET FAX NO. : 3054512550 Mar. 23 2006 12:28PM P1

**American Biophysics Corp.**
140 Frenchtown Rd
North Kingstown, RI 02852
Tel: 401-884-3500 Fax: 401-884-6688

# Invoice

| | |
|---|---|
| NUMBER | 474593 |
| DATE | 05-MAY-06 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | 032306-2 |
| PROJECT NUMBER | |
| SALES ORDER NUMBER | 1134399 |
| CUSTOMER NUMBER | 59847 |
| LOCATION | 116593 |
| WAYBILL NUMBER | 0000000001934 |

**BILL TO:**
Attn: Accounts payable
Mosquito Magnet Depot LLC
Central Plaza #10
103200 Overseas Hwy
Key Largo FL 33037

**SHIP TO:**
Mosquito Magnet Depot LLC
40800 Card Sound Rd.
Florida City FL 33034

**REMIT TO:**
PO Box 3273
Boston MA 02241-3273

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| 3% 10 Net 30 | 04-JUN-06 | | |
| SHIP DATE 05-MAY-06 | | SHIP VIA Tech Transportation | SHIPPING REFERENCE |
| FREIGHT TERMS | | REQUESTOR/DELIVERY | CONFIRM TO/TELEPHONE |

| ITEM NO | PART NUMBER/DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1200MM **Mosquito Magnet Pro-Plus 1.5 acre with Octenol* | 159 | | 159 | 973.75 | 154,826.25 |
| 2 | 3100MM **Mosquito Magnet Liberty Plus Trap with Octenol* | 80 | | 80 | 505.40 | 40,432.00 |
| 3 | 3000MM **Mosquito Magnet Liberty | 72 | | 72 | 356.25 | 25,650.00 |
| 4 | 4000MM **Mosquito Magnet Defender with Octenol | 90 | | 90 | 200.00 | 18,000.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDLING | TOTAL |
|---|---|---|---|---|
| | 238,908.25 | 0.00 | 2,600.00 | 241,508.25 |

Mosquito Magnet Octenol Biting Insect Attractant, EPA Registration No. 72563-1

**BILL OF LADING** Original Page 1 of 1

SHIP FROM

.16
physics Inventory
wood Avenue

**Bill of Lading Number: 444680**

PACKING SLIP PAGE 1 OF 1

DATE: 5/5/2006

| | | | |
|---|---|---|---|
| Delivery Name: | 444680 | Ship Method: | 000001_TECH_T_GN |
| Order Number: | 1134399 | Freight Terms: | DUE |
| PO#: | 032306-2 | | |

**Shipped From:**

American Biophysics Inventory
170 Greenwood Avenue
Rumford RI 02916

**Shipped To:**

Mosquito Magnet Depot LLC
40800 Card Sound Rd
Florida City FL 33034

| Item | Tracking Number | Container Number | Ordered | Packed |
|---|---|---|---|---|
| **1200MM** | Mosquito Magnet Pro-Plus 1.5 a | | | |
| | 0000000001934 | 000068651300011154486 | | 1 |
| | 0000000001934 | 000068651300011154486 | | 6 |
| | 0000000001934 | 000068651300011154486 | | 32 |
| | 0000000001934 | 000068651300011154486 | | 40 |
| | | Totals: | 40 | **79** |
| **3000MM** | Mosquito Magnet Liberty | | | |
| | 0000000001934 | 000068651300011154486 | | 72 |
| | | Totals: | 72 | **72** |
| **3100MM** | Mosquito Magnet Liberty Plus T | | | |
| | 0000000001934 | 000068651300011154486 | | 80 |
| | | Totals: | 80 | **80** |
| **4000MM** | Mosquito Magnet Defender with | | | |
| | 0000000001934 | 000068651300011154486 | | 90 |
| | | Totals: | 90 | **90** |

Total Number Of Shipping Skids/Boxes: 1

Total individual items packed: 321

**Total Cartons: 401**

MK

# BILL OF LADING

Original Page 1 of 1

**SHIP FROM**

ı6
.physics Inventory
..ıwood Avenue
.ord, RI 02916
.ıD#:
FOB: X

**Bill of Lading Number: 444680**

Carrier: Tech
Trailer:
Seal No's:

**SHIP TO**

Mosquito Magnet Depot LLC Loc #:
40800 Card Sound Rd.

Florida City, FL 33034
CID#:
FOB: ☐

SCAC/Pro:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

Prepaid X Collect ___ 3rd Party ___

☐ (check box) Master Bill of Lading with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 032306-2 | 25 | 14249 | Y | |
| GRAND TOTAL | 25 | 14249 | | |

**CARRIER INFORMATION**

| HANDLING UNIT QTY | HANDLING UNIT TYPE | PACKAGE QTY | PACKAGE TYPE | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY NMFC # | LTL ONLY CLASS |
|---|---|---|---|---|---|---|---|---|
| 25 | PLT | 6 | CTN | 270 | | 1200MM Mosquito Magnet Pro-Plus 1.5 acre | | |
| | PLT | 1 | CTN | 45 | | 1200MM Mosquito Magnet Pro-Plus 1.5 acre | | |
| | PLT | 40 | CTN | 1800 | | 1200MM Mosquito Magnet Pro-Plus 1.5 acre | | |
| | PLT | 40 | CTN | 1800 | | 1200MM Mosquito Magnet Pro-Plus 1.5 acre | | |
| | PLT | 32 | CTN | 1440 | | 1200MM Mosquito Magnet Pro-Plus 1.5 acre | | |
| | PLT | 40 | CTN | 1800 | | 1200MM Mosquito Magnet Pro-Plus 1.5 acre | | |
| | PLT | 72 | CTN | 2304 | | 3000MM Mosquito Magnet Liberty | | |
| | PLT | 80 | CTN | 2720 | | 3100MM Mosquito Magnet Liberty Plus Trap | | |
| | PLT | 90 | CTN | 2070 | | 4000MM Mosquito Magnet Defender with Oct | | |
| 25 | | 401 | | 14249 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_______________ per _______________

COD Amount: $ ________
Fee Terms: Collect: ☐ Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

ECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and ipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available the shipper, on request; and all the terms and conditions of the NMFC Uniform Straight Bill of Lading.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

________________ Shipper Signature

**SHIPPER SIGNATURE / DATE**

his is to certify that the above named materials are properly classified, ackaged, marked and labeled, and are in proper condition for ransportation according to the applicable regulations of the DOT.

Matt Kilbane 5/6/06

Trailer Loaded:
☒ By Shipper
☐ By Driver

Freight Counted:
☒ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent in vehicle.

Property described above is received in good order, except as noted.

1133784 + 1134399

American Biophysics Corporation

American Biophysics Corp
140 Frenchtown Road
North Kingstown, RI 02852
T: (800) 948-5737
F: (401) 471-6050

MOSQUITO MAGNET®

## 2006 DOT COM ORDER FORM

| | |
|---|---|
| DATE: 3-23-06 | |
| BILL TO: | SHIP TO: |
| STORE NAME: Mosquito Magnet Depot | STORE NAME: Mosquito Magnet Depot |
| ADDRESS: 103200 Overseas Hwy #10 | ADDRESS: 103200 Overseas Hwy #10 |
| CITY: Key Largo | CITY: Key Largo |
| STATE: FL ZIP CODE: 33037 | STATE: FL ZIP CODE: 33037 |
| STORE NUMBER: | STORE NUMBER: |
| CONTACT NAME: Ed | CONTACT NAME: Ed |
| PHONE: 305-451-5155 | PHONE: 305-451-5155 |
| FAX: 305-451-2550 | FAX: 305-451-2550 |
| E-MAIL: | EMAIL: |
| PO NUMBER: 032306 | SHIP DATE: |

| Part # | Description | MSRP | D/S Cost | Quantity | TOTAL | |
|---|---|---|---|---|---|---|
| 1200MM | Pro Plus Trap | $1,399.99 | ~~$1,025.00~~ 973.75 | 300 | $ 292,125 | 41 1/2 |
| 1100MM | Pro (2004) Trap | $1,199.99 | ~~$873.75~~ 874.00 | 200 | $ 174,800 | |
| MM1100NET-1 | Pro Plus/Pro Net (1-pack) | $15.99 | $6.59 | | $ | |
| 434-009 | Pro Plus/Pro Trap Cover | $54.99 | $35.79 | | $ | |
| 3100MM | Liberty Plus Trap | $699.99 | $505.40 | 80 | $ 40,432 | 5 |
| MM3100NET-1 | Liberty Plus Net (1-pack) | $15.99 | $8.42 | | $ | |
| 434-008 | Liberty Plus Trap Cover | $49.99 | $34.74 | | $ | |
| 3000MM | Liberty Trap | $499.99 | $356.25 | 72 | $ 25,650 | 3 |
| MM3000NET-3 | Liberty Nets (3-pack) | $29.00 | $15.00 | | $ | |
| 434-004 | Cover, Liberty Trap | $45.99 | $27.36 | | $ | |
| 4000MM | Defender Trap | $299.99 | $200.00 | 90 | $ 18,000 | 3 |
| MM4000NET-1 | Defender Net (1-pack) | $12.99 | $6.36 | | $ | |
| 434-006 | Defender Trap Cover | $44.99 | $26.84 | | $ | |
| OCT-3 | Octenol Attractant (3-pack) | $24.99 | $12.10 | | $ | |
| Lurex3-OD-3 | Lurex3 Attractant (3-pack) | $28.99 | $14.25 | | $ | |
| 549-001 | Tank Cover | $19.99 | $9.46 | | $ | (53) |
| 214-003 | Quick Clear Cart. (3-pack) | $11.99 | $6.42 | | $ | |
| | | | | | $ | |
| | | | | | $ | |
| | | | | | $ | |
| | | | | | $ | |
| | | | | SUBTOTAL | $ 551,007.00 | |
| | | | | Tax (RI Only) | | |
| | | | | TOTAL | $ | |

Traps are shipped FOB North Kingstown, RI
Accessories are shipped FOB North Charleston, SC
Payment terms: Net 30 Days
Minimum order: $3,000.00

Fax all orders to 401-471-6050

Prices are subject to change without notice

3% cash
they pay freight
- 3%
3%/net 10

**American Biophysics Corp.**
140 Frenchtown Rd
North Kingstown, RI 02852
Tel: 401-884-3500 Fax: 401-884-6688

American Biophysics Corporation

# Invoice

| | |
|---|---|
| NUMBER | 498105 |
| DATE | 27-JUN-06 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | 061406 |
| PROJECT NUMBER | |
| SALES ORDER NUMBER | 1162625 |
| CUSTOMER NUMBER | 59847 |
| LOCATION | 116593 |
| WAYBILL NUMBER | 0000000002107 |

**BILL TO:**
Attn: Accounts payable
Mosquito Magnet Depot LLC
Central Plaza #10
103200 Overseas Hwy
Key Largo FL 33037

**SHIP TO:**
Mosquito Magnet Depot LLC
Central Plaza #10
103200 Overseas Hwy
Key Largo FL 33037

**REMIT TO:**
PO Box 3273
Boston MA 02241-3273

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| 30 NET | 27-JUL-06 | | |
| SHIP DATE 27-JUN-06 | | SHIP VIA Tech Transportation | SHIPPING REFERENCE |
| FREIGHT TERMS | | REQUESTOR/DELIVERY | CONFIRM TO/TELEPHONE |

| ITEM NO | PART NUMBER/DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | MM1100NET-1<br>**Net, 1 Pack for 1100,1200 | 52 | | 52 | 6.59 | 342.68 |
| 2 | 3100MM<br>**Mosquito Magnet Liberty Plus Trap with Octenol* | 96 | | 96 | 505.40 | 48,518.40 |
| 3 | 3000MM<br>**Mosquito Magnet Liberty | 72 | | 72 | 356.25 | 25,650.00 |
| 4 | 4000MM<br>**Mosquito Magnet Defender with Octenol | 90 | | 90 | 200.00 | 18,000.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDLING | TOTAL |
|---|---|---|---|---|
| | 92,511.08 | 0.00 | 1,550.00 | 94,061.08 |

Mosquito Magnet Octenol Biting Insect Attractant, EPA Registration No. 72563-1

PACKING SLIP PAGE 1 OF 1

DATE: 6/27/2006

Delivery Name: 557661

Order Number: 1162625

PO#: 061406

Ship Method: 000001_TECH_T_GN

Freight Terms: DUE

Shipped From:

American Biophysics Inventory
170 Greenwood Avenue
Rumford, RI 02916

Shipped To:

Mosquito Magnet Depot LLC
Central Plaza #10
103200 Overseas Hwy
Key Largo FL 33037

| Item | Tracking Number | Container Number | Ordered | Packed |
|---|---|---|---|---|
| **3000MM** Mosquito Magnet Liberty | | | | |
| | 0000000002107 | 00006865130001264611 | | 18 |
| | 0000000002108 | 00006865130001264628 | | 18 |
| | 0000000002109 | 00006865130001264635 | | 18 |
| | 0000000002110 | 00006865130001264642 | | 18 |
| | | Totals: | 72 | 72 |
| **3100MM** Mosquito Magnet Liberty Plus T | | | | |
| | 0000000002111 | 00006865130001264659 | | 16 |
| | 0000000002112 | 00006865130001264666 | | 16 |
| | 0000000002113 | 00006865130001264673 | | 16 |
| | 0000000002114 | 00006865130001264697 | | 16 |
| | 0000000002115 | 00006865130001264703 | | 16 |
| | 0000000002116 | 00006865130001264710 | | 16 |
| | | Totals: | 96 | **96** |
| **4000MM** Mosquito Magnet Defender with | | | | |
| | 0000000002117 | 00006865130001264727 | | 30 |
| | 0000000002118 | 00006865130001264734 | | 30 |
| | 0000000002119 | 00006865130001264741 | | 30 |
| | | Totals: | 90 | **90** |
| **MM1100NET-1** Net, 1 Pack for 1100,1200 | | | | |
| | 0000000002110 | 00006865130001264642 | | 8 |
| | 0000000002110 | 00006865130001264642 | | 44 |
| | | Totals: | 44 | **52** |

Total Number Of Shipping Skids/Boxes: 13

Total individual items packed: 310

**Total Cartons: 259**

MK

Date: 06/27/2006 **BILL OF LADING** Original Page 1 of 1

| SHIP FROM | |
|---|---|
| Rumford, RI 02916<br>American Biophysics Inventory<br>170 Greenwood Avenue<br>Rumford, RI 02916<br>SID#: FOB: [X] | Bill of Lading Number: 557661<br>TECH |
| **SHIP TO** | Carrier:<br>Trailer: 5340<br>Seal No's: |
| Mosquito Magnet Depot LLC Loc #:<br>Central Plaza #10<br>103200 Overseas Hwy<br>Key Largo, FL 33037<br>CID#: FOB: [ ] | SCAC/Pro: |
| **THIRD PARTY FREIGHT CHARGES BILL TO:** | Freight Charge Terms: (freight charges are prepaid unless marked otherwise)<br>Prepaid X Collect ___ 3rd Party ___ |
| | [ ] (check box) Master Bill of Lading with attached underlying Bills of Lading |

SPECIAL INSTRUCTIONS:

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 061406 | 13 | 7647 | Y | |
| GRAND TOTAL | 13 | 7647 | | |

**CARRIER INFORMATION**

| HANDLING UNIT QTY | HANDLING UNIT TYPE | PACKAGE QTY | PACKAGE TYPE | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION (Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360) | LTL ONLY NMFC # | LTL ONLY CLASS |
|---|---|---|---|---|---|---|---|---|
| 13 | PLT | 72 | CTN | 2304 | | 3000MM Mosquito Magnet Liberty | | |
| | PLT | 96 | CTN | 3264 | | 3100MM Mosquito Magnet Liberty Plus Trap | | |
| | PLT | 90 | CTN | 2070 | | 4000MM Mosquito Magnet Defender with Oct | | |
| | PLT | 1 | CTN | 9 | | Accessories | | |
| | PLT | | CTN | | | | | |
| | PLT | | CTN | | | | | |
| | PLT | | CTN | | | | | |
| | PLT | | CTN | | | | | |
| 13 | | 259 | | 7647 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_______________ per _______________

COD Amount: $ ________
Fee Terms: Collect: [ ] Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C._14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and all the terms and conditions of the NMFC Uniform Straight Bill of Lading.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_______________ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.
Matt Killbane 6/27/06

Trailer Loaded:
[X] By Shipper
[ ] By Driver

Freight Counted:
[X] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent in vehicle.
6/27/06 5340 13SKIDS
Property described above is received in good order, except as noted.

American Biophysics Corporation

American Biophysics Corp
140 Frenchtown Road
North Kingstown, RI 02852
T: (800) 948-3737
F: (401) 471-6050

11102625

MOSQUITO MAGNET®

| DATE: | 2006 DOT COM ORDER FORM |
|---|---|
| BILL TO: | SHIP TO: |
| STORE NAME: Mosquito Magnet Depot | STORE NAME: Mosquito Magnet Depot |
| ADDRESS: 103200 Overseas Hwy | ADDRESS: 103200 Overseas Hwy |
| unit 10 | unit 10 |
| CITY: Key Largo | CITY: Key Largo |
| STATE: FL ZIP CODE: 33037 | STATE: FL ZIP CODE: 33037 |
| STORE NUMBER: | STORE NUMBER: |
| CONTACT NAME: ED | CONTACT NAME: ED |
| PHONE: 305-451-5155 | PHONE: 305-451-5155 |
| FAX: 305-451-2550 | FAX: |
| E-MAIL: Ed@mosquitomagnetDepot.com | EMAIL: |
| PO NUMBER: 061406 | SHIP DATE: ASAP |

| Part # | Description | MSRP | D/S Cost | Quantity | TOTAL |
|---|---|---|---|---|---|
| 1200MM | Pro Plus Trap | $1,399.99 | $1,025.00 | | $ |
| 1100MM | Pro (2004) Trap | $1,199.99 | $973.75 | | |
| MM1100NET-1 | Pro Plus/Pro Net (1-pack) | $15.99 | $6.59 | 120 | $ 790.80 |
| 434-009 | Pro Plus/Pro Trap Cover | $54.99 | $35.79 | | $ |
| 3100MM | Liberty Plus Trap | $699.99 | $505.40 | 96 | $ 48,578.40 |
| MM3100NET-1 | Liberty Plus Net (1-pack) | $15.99 | $8.42 | | $ |
| 434-008 | Liberty Plus Trap Cover | $49.99 | $34.74 | | $ |
| 3000MM | Liberty Trap | $499.99 | $356.25 | 72 | $ 25650.00 |
| MM3000NET-3 | Liberty Nets (3-pack) | $20.99 | $15.00 | | $ |
| 434-004 | Cover, Liberty Trap | $45.99 | $27.36 | | $ |
| 4000MM | Defender Trap | $299.99 | $200.00 | 90 | $ 18,000.00 |
| MM4000NET-1 | Defender Net (1-pack) | $12.99 | $6.36 | | $ |
| 434-006 | Defender Trap Cover | $44.99 | $26.84 | | $ |
| OCT-3 | Octenol Attractant (3-pack) | $24.99 | $12.10 | | $ |
| Lurex3-OD-3 | Lurex3 Attractant (3-pack) | $28.99 | $14.25 | | $ |
| 549-001 | Tank Cover | $19.99 | $9.46 | | $ |
| 214-003 | Quick Clear Cart. (3-pack) | $11.99 | $6.42 | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | SUBTOTAL | $ |
| | | | | Tax (RI Only) | |
| | | | | TOTAL | $ 92,959.20 |

Traps are shipped FOB North Kingstown, RI
Accessories are shipped FOB North Charleston, SC
Payment terms: Net 30 Days
Minimum order: $3,000.00

Fax all orders to 401-471-6050

Prices are subject to change without notice