**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

American Biophysics Corporation
PLAINTIFF

v. C.A. No. 06-432S

Frank Dirico
DEFENDANT

**SHOW CAUSE ORDER**

On or before **March 26, 2007**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution; namely, failure to make service upon defendants within 120 days after filing of the complaint and issuance of summons required by Fed. R. Civ. P. 4(m). Failure to comply will result in dismissal.

By Order,

Karen Baldwell
Deputy Clerk

ENTER:

WESmm
William E. Smith
United States District Judge
Date: 3/7/07