UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN BIOPHYSICS CORP., Plaintiff | : | |
| v. | : | C.A. No. 06-432S |
| FRANK DIRICO, Defendant. | : | |

**ENTRY OF APPEARANCE**

Randall L. Souza, Esq. hereby enters his appearance on behalf of Jonathan N. Savage, Esq., in his capacity as duly appointed Permanent Receiver of the Plaintiff, American Biophysics Corp. This appearance is as co-counsel to the Plaintiff's current counsel of record.

AMERICAN BIOPHYSICS CORP., by and through its duly appointed Permanent Receiver, Jonathan N. Savage, Esq., as Receiver and not individually

By the Receiver's Attorneys,

/s/*Randall L. Souza*

Randall L. Souza (#4082)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

Dated: March 20, 2007

## CERTIFICATE OF SERVICE

I, Randall L. Souza, hereby certify that the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants listed below, as identified on the Notice of Electronic Filing (NEF), on this 20th day of March, 2007:

Jeffrey S. Brenner, Esq.
jbrenner@nixonpeabody.com
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

/s/ *Randall L. Souza*