UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN BIOPHYSICS CORP., Plaintiff | : | |
| v. | : | C.A. No. 06-432S |
| FRANK DIRICO, Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Now comes the Plaintiff, by and through its duly appointed Permanent Receiver, Jonathan N. Savage, Esq., and hereby voluntarily dismisses this action, without prejudice, in accordance with F.R.C.P. 41(a)(1)(i).

AMERICAN BIOPHYSICS CORP., by and through its duly appointed Permanent Receiver, Jonathan N. Savage, Esq., as Receiver and not individually

By the Receiver's Attorneys,

*/s/Randall L. Souza*

Randall L. Souza (#4082)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

-- and --

AMERICAN BIOPHYSICS CORP.

By its counsel of record,

*/s/ Jeffrey S. Brenner*

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (fax)

Dated: March 20, 2007