UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN BIOPHYSICS CORP., :
Plaintiff :
:
v. : C.A. No. 06-432S
:
FRANK DIRICO, :
Defendant.

**PLAINTIFF'S SHOW CAUSE MEMORANDUM**

Now comes the Plaintiff, American Biophysics Corporation ("ABC"), by and through its duly appointed Permanent Receiver, Jonathan N. Savage, Esq. (the "Receiver")[1], and hereby submits this Memorandum in response to the Show Cause Order issued by this Court in this action on March 7, 2007. The Court has ordered the Plaintiff to show cause why the Complaint should not be dismissed for failure to effectuate service of process on the Defendant within the time prescribed in F.R.C.P. 4(m). As set forth more fully below, the Plaintiff was petitioned into receivership shortly after the Complaint was filed in this action, and the Summons that had been sent to the Defendant at his Florida residence via certified mail, return receipt requested, in accordance with F.R.C.P. 4(e)(1), was returned unclaimed. In any event, the Receiver of ABC has filed contemporaneously herewith a Notice of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(i), which it respectfully asks this Court to endorse, in order to preserve this claim as an asset of the receivership estate.

Specifically, the Receiver of ABC states as follows:

---

[1] ABC was petitioned into receivership in the Washington County Superior Court of the State of Rhode Island in the civil action entitled Joseph J. White v. American Biophysics Corp., currently pending as W.M. No. 06-708. Jonathan N. Savage, Esq. was initially appointed Temporary Receiver of ABC by that certain Order Appointing Temporary Receiver entered by the State Court (Nugent, J.) on November 27, 2006.

1. On October 2, 2006, ABC commenced the subject action against the Defendant, who was a former distributor of ABC's products in the South Florida geographical area.

2. The Complaint asserts four (4) causes of action against the Defendant – breach of contract, book account, *quantum meruit* / unjust enrichment, and copyright and trademark infringement.

3. As the Defendant is an individual residing in Key Largo, Florida, service of process was attempted via certified mail, return receipt requested, in accordance with F.R.C.P. 4(e)(1).

4. Said certified mail has been returned unclaimed.

5. In the month following the commencement of this action, ABC was petitioned into receivership in the Washington County Superior Court of the State of Rhode Island in the civil action entitled Joseph J. White v. American Biophysics Corp., currently pending as W.M. No. 06-708.

6. Jonathan N. Savage, Esq. was appointed Temporary Receiver of ABC by that certain Order Appointing Temporary Receiver entered by the State Court (Nugent, J.) on November 27, 2006, a true and correct copy of which is attached hereto as Exhibit A. The Receiver thereupon became authorized to take possession and charge of all of the property and assets of ABC, including intangible assets of ABC such as the subject lawsuit.

7. By Order Appointing Permanent Receiver entered by the State Court (Nugent, J.) on January 3, 2007, a true and correct copy of which is attached hereto as Exhibit B, Jonathan N. Savage, Esq. was appointed Permanent Receiver of ABC.

8. The Receiver is charged with marshaling the assets of ABC and preserving the assets of the receivership estate for sale or other disposition.

9. The Receiver has now had the opportunity to review this Complaint and related papers, and, in his reasonable discretion, has determined that he does not wish to incur the expenses of trying to locate and serve the Defendant in hand with papers in a Rhode Island action that probably could more prudently and cost effectively be pursued in the Federal or State Courts of Florida.

10. The statute of limitations against the Defendant for the contract-based claims are likely to be ten (10) years under Rhode Island law (which governs the subject contract) and three (3) years for the federal copyright claims.

11. Accordingly, the Receiver wishes to voluntarily dismiss this action without prejudice, so that it may sell this intangible asset from the receivership estate[2] and incur no further costs in pursuing this matter at this time.

WHEREFORE, the Receiver of ABC respectfully requests that this Court refrain from entering an Order of Dismissal and, instead, endorse the Notice of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(i) submitted herewith by the Receiver of ABC.

AMERICAN BIOPHYSICS CORP., by and through its duly appointed Permanent Receiver, Jonathan N. Savage, Esq., as Receiver and not individually

By the Receiver's Attorneys,

*/s/ Randall L. Souza*

Randall L. Souza (#4082)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

[2] The Receiver of ABC also wishes to preserve his rights, if he does not sell this asset, to possibly retain contingency fee counsel to pursue this claim – most likely in the Federal or State Courts of Florida.

-- and --

AMERICAN BIOPHYSICS CORP.

By its counsel of record,

/s/ *Jeffrey S. Brenner*
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (fax)

Dated: March 20, 2007